1  THOMAS R. BURKE (State Bar No. 141930)
   ANNIE S. ZHANG (State Bar No. 327381)
2  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
3  San Francisco, California  94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email: thomasburke@dwt.com
5          anniezhang@dwt.com

6  Attorneys for Plaintiffs
   THE WAR HORSE NEWS, INC. and SONNER KEHRT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAR HORSE NEWS and SONNER KEHRT,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES ARMY,<br><br>    Defendants. | Case No. 3:24-cv-02049-RFL<br><br>**PLAINTIFFS' DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL CIVIL RULE 3-15 (CERTIFICATION OF INTERESTED ENTITIES OR PERSONS)** |

## FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff THE WAR HORSE NEWS, INC. makes the following disclosures:

Plaintiff is a non-profit organization, has no parent corporations, and no publicly held corporations own 10% or more of its stock.

**CIVIL L.R. CERTIFICATE OF INTERESTED PARTIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 17, 2024

      Respectfully submitted,

      DAVIS WRIGHT TREMAINE LLP
      THOMAS R. BURKE
      ANNIE S. ZHANG

      By: /s/ *Annie S. Zhang*
            Annie S. Zhang

      Attorneys for Plaintiffs
      THE WAR HORSE NEWS, INC. and SONNER KEHRT