AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

|  |  |
|---|---|
| THE WAR HORSE NEWS and SONNER KEHRT <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES ARMY <br> *Defendant(s)* | Civil Action No.: 3:24-cv-02049-RFL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   See Attachment to Summons in a Civil Action.


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Thomas R. Burke
   Annie S. Zhang
   Davis Wright Tremaine LLP
   50 California Street, 23rd Floor
   San Francisco, CA  94111

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                           *Signature of Clerk or Deputy Clerk*

**Attachment to Summons in a Civil Action**

U.S. Army
101 Army Pentagon
Washington, DC  20310-0101

U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

Ismail J. Ramsey, U.S. Attorney
c/o Civil Process Clerk
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102