ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAR HORSE NEWS and SONNER KEHRT,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES ARMY,<br><br>    Defendants. | No. 3:24-CV-02049-RFL<br><br>**NOTICE OF APPEARANCE** |

    Please take notice that the undersigned counsel, David M. DeVito, hereby enters his appearance in the above-captioned matter on behalf of Defendants.

DATED: May 15, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ David M. DeVito*
DAVID M. DEVITO
Assistant United States Attorney

Attorneys for Defendants