ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
E-mail: david.devito@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAR HORSE NEWS and SONNER KEHRT, | No. 3:24-CV-02049-RFL |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES ARMY, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate to extend the time for

Defendants to respond to the complaint (Dkt. No. 1) until June 21, 2024.

IT IS SO STIPULATED.

DATED: May 15, 2024                              Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/ David M. DeVito_ *
DAVID M. DEVITO
Assistant United States Attorney

Attorneys for Defendants

---

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIP. TO EXTEND RESPONSE DEADLINE
Case No. 3:24-cv-02049-RFL

1   DATED: May 15, 2024                DAVIS WRIGHT TREMAINE LLP

2                                      */s/ Annie S. Zhang*
                                       ANNIE S. ZHANG
3                                      Attorneys for Plaintiffs

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND RESPONSE DEADLINE
Case No. 3:24-cv-02049-RFL