1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7332
   Facsimile: (415) 436-6748
6  david.devito@usdoj.gov

7  Attorneys for Defendants

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 THE WAR HORSE NEWS and SONNER  )  Case No. 3:24-cv-2049-RFL
   KEHRT,                         )
12                                )  **STIPULATION AND JOINT REQUEST TO
            Plaintiffs,            )  TRANSFER VENUE TO THE UNITED STATES
13                                )  DISTRICT COURT FOR THE DISTRICT OF
        v.                        )  COLUMBIA PURSUANT TO 28 U.S.C. § 1404(a)
14                                )  AND STIPULATION TO EXTEND TIME TO
   UNITED STATES DEPARTMENT OF    )  RESPOND TO COMPLAINT; [PROPOSED]
15 DEFENSE; UNITED STATES ARMY,   )  ORDER**
                                  )
16          Defendants.           )
                                  )
17 ─────────────────────────────

1    Pursuant to 28 U.S.C. § 1404(a), the parties hereby stipulate and jointly request that the Court
2 transfer this case to the United States District Court for the District of Columbia.  The District of
3 Columbia is a district where this case might have been brought, *see* 5 U.S.C. § 552(a)(4)(B) ("On
4 complaint . . . the District of Columbia [] has jurisdiction."), and all parties consent to transfer to that
5 district.
6    Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendants' time to respond
7 to the complaint is extended to 30 days after this case is docketed with the United States District Court
8 for the District of Columbia.

| | |
|---|---|
| Dated: June 20, 2024 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ David M. DeVito*[1]<br>DAVID M. DEVITO<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | DAVIS WRIGHT TREMAINE LLP |
| | */s/ Thomas R. Burke*<br>THOMAS R. BURKE<br>Attorneys for Plaintiffs |

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to 28 U.S.C. § 1404(a) and the parties' stipulation and joint request, the case is hereby transferred to the United States District Court for the District of Columbia.

IT IS SO ORDERED.

Dated: June __, 2024

_____
HON. RITA F. LIN
UNITED STATED DISTRICT JUDGE